*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, GASTON, and PENNIX
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Michael L. DUKES**
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

**No. 202000039**

Decided: 21 May 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kevin S. Woodard

Sentence adjudged on 10 October 2019 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 30 months[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Jonathan Riches, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

[1] Confinement in excess of 24 months was suspended pursuant to a pretrial agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court